UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-22761-CIV-SEITZ/O'SULLIVAN

MATTHEW A. MELVER,

    Plaintiff,

vs.

MACY'S FLORIDA STORE, LLC,
an Ohio limited liability company,

    Defendant.
_____/

## **ORDER**

THIS MATTER is before the Court pursuant to an order of reference entered by the Honorable Patricia A. Seitz, United States District Judge, for a settlement conference to be conducted by the undersigned. Having been advised by the defendant's counsel that the parties have reached a settlement, it is

ORDERED AND ADJUDGED that the Settlement Conference set for December 16, 2008 before the undersigned is CANCELLED. It is further

ORDERED AND ADJUDGED that a fairness hearing pursuant to <u>Lynn Food Stores v. United States</u>, 679 F.2d 1350 (11th Cir. 1982) is set before the undersigned on **Tuesday, December 16, 2008**, at **1:30 p.m.,** at the C. Clyde Atkins United States Courthouse, 301 North Miami Avenue, 5th Floor, Miami, Florida 33128. **The parties shall be prepared to discuss the terms of the settlement agreement and the reasonableness of counsel's fees.** Request for continuance of this cause shall not be considered unless addressed to this Court in the form of a written motion. **The parties**

**are permitted to appear by telephone.**

  **DONE AND ORDERED** in Chambers at Miami, Florida this **16th** day of

December, 2008.

              _____
              JOHN J. O'SULLIVAN
              UNITED STATES MAGISTRATE JUDGE

Copies provided to:
United States District Judge Seitz
All counsel of record